SCOTT N. SCHOOLS (SCSBN 9990) E-FILING
United States Attorney

FILED

2007 SEP 20 P 3: 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07 00603 No. |
| Plaintiff, | VIOLATIONS:<br>18 U.S.C. § 2252(a)(4)(B) - Possession of |
| v. | Matters Containing Any Visual Depiction of<br>a Minor Engaging in Sexually Explicit |
| KENNETH VAN AALSBURG, | Conduct; 18 U.S.C. §§ 2253(a)(1) & (a)(3)-<br>Criminal Forfeiture |
| Defendant. | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 2252(a)(4)(B) - Possession of Matters Containing Any Visual
Depiction of a Minor Engaging in Sexually Explicit Conduct)

On or about March 8, 2005, in the Northern District of California, the defendant,

KENNETH VAN AALSBURG,

did knowingly and intentionally possess certain matter, to wit, images, which visual depictions had been mailed and transported in interstate and foreign commerce by any means, including by computer, and the producing of which visual depictions (1) involved the use of one and more minors engaging in sexually explicit conduct, and (2) were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

INFORMATION

FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

1. The allegations contained in Count One of this Information are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. Upon conviction of the offense alleged in Count One above, the defendant,

KENNETH VAN AALSBURG,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including the following computers seized from the defendant's residence: Hewlett Packard computer, serial no. MX312232A, Sony Laptop computer, serial no. 28306930350763; and a Domino Brand Tower Computer with no serial number present.

Dated: 9/19/2007

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____)
AUSA FAZIOLI

INFORMATION                    2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

18 USC § 2252(a)(4)(B)- Poss. of Matters Containing Any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; 18 USC §§2253(a)(1) & (a)(3)-Cr Forfeitur

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Ten (10) Years Imprisonment, $250,000 Fine, Life Term Supervised Release, $100 Special Assessment and Registration as a Sex Offender

FILED
2007 SEP 20 P 3:59
E-FILING
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DISTRICT

### DEFENDANT - U.S.
KENNETH VAN AALSBURG

DISTRICT COURT NUMBER: **CR 07 00603 JW PS**

### PROCEEDING
Name of Complainant Agency, or Person (&Title, if any)
Federal Bureau of Investigation, Wade Luders, Special Agent
DHS-ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
MAGISTRATE CASE NO.

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Joseph A. Fazioli, AUSA

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
Kenneth Van Aalsburg, c/o Thomas J. Nolan, Esq.
Nolan, Armstrong & Barton LLP
600 University Avenue
Palo Alto, CA 94301-2076

Date/Time: September 27, 2007 at 9:30 a.m.
Before Judge: Hon. Patricia V. Trumbull

Comments: