AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Kenneth Van Aalsburg | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: CR07-00603JW |

I, _____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on ___September 27, 2007___ prosecution by indictment and consent that the pro-
                *Date*

ceeding may be by information rather than by indictment.

*Kenneth H. Van Aalsburg*
*Defendant*

*Michael W. Armstrong*
*Counsel for Defendant*

Before _____
           *Judicial Officer*

FILED
SEP 27 2007