UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  10/15/2007**  **Court Reporter: Irene Rodriguez**
**Case No: CR-07-603 JW**  **U.S. Probation Officer: N/A**
 **Interpreter:  N/A**

## TITLE

U.S.A. v. Kenneth Van Aalsburg (NC)

**Attorney(s) for Plaintiff(s): Joe Fazioli**
**Attorney(s) for Defendant(s): Daniel Barton for Tom Nolan**

## PROCEEDINGS

**Status/Trial Setting**

## ORDER AFTER HEARING

**Hearing Held.  Defendant present and not in custody for proceedings. The Court continued this matter to 11/19/2007 at 1:30 PM for Further Status Hearing.  Time is excluded from 10/15/2007 through 11/19/2007 to accommodate time for Defense counsel to investigate Government's discovery and efforts to resolve this matter short of trial.**

Last Date for Trial: 12/5/2007

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: