Thomas J. Nolan (SBN: 48413)

 **Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Kenneth Van Aalsburg

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 07-00603 RS |
| Plaintiff, | ) ) | DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED TRAVEL REQUEST |
| v. | ) ) ) | |
| KENNETH VAN AALSBURG, | ) ) | |
| Defendant. | ) ) | |

I, Diane de Seve, hereby declare:

1.   I am an attorney licensed to practice law before the courts of the State of California and the Northern District of California, and an associate with Nolan, Armstrong & Barton, LLP, counsel of record for defendant Kenneth Van Aalsburg.

2.   Mr. Van Aalsburg is charged by Information with one count of 18 U.S.C. § 2252(a)(4)(B).

3.   Mr. Van Aalsburg requests permission to make a two-day trip to Sibley, Iowa from December 7, 2007 to December 9, 2007 to visit his father who currently is in a nursing home in Iowa.

4.   He plans to depart on December 7, 2007 on Southwest Airlines flight number 1774,

departing San Jose, CA, at 6:50 a.m., arriving in Las Vegas at 8:10 a.m., and then departing Las Vegas on Flight number 2111 at 9:10 a.m., arriving in Omaha Nebraska at 1:50 p.m. He plans to return on Southwest Airlines flight number 484, departing Omaha, Nebraska at 1:50 p.m., arriving in San Jose at 8:20 p.m. He will be staying at the Super 8 Motel located at 1108 2nd Avenue, Highway 60, Sibley, Iowa. The telephone number is 712-754-3603. He will be renting a car and driving to Sibley Iowa where his father's nursing home, Sibley Nursing and Rehabilitation Center, is located.

5. On November 6, 2007, I spoke with Anthony Granados from Pretrial Services (408-535-5223) and he had no objection to permitting Mr. Van Aalsburg to travel as requested.

6. On November 15, 2007, I spoke with Assistant United States Attorney Joseph Fazioli (408-535-5595) and he stated that he had no objection to Mr. Van Aalsburg's travel request.

7. Mr. Van Aalsburg has complied with all conditions of his pre-trial release and is in good standing with pretrial services.

8. For the above stated reasons, it is respectfully requested that Mr. Van Aalsburg be permitted to travel as indicated above.

I declare under penalty of perjury that the foregoing is true and correct except for those matters stated on information and belief and as to those matters I am informed and believe them to be true. Executed this 15th day of November, 2007 at Palo Alto, California.

*Diane de Seve*