IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-00603 RS |
| Plaintiff, | |
| v. | [PROPOSED] TRAVEL ORDER |
| KENNETH VAN AALSBURG, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Kenneth Van Aalsburg shall be allowed to leave the State of California on December 7, 2007 to travel to Sibley, Iowa, returning on December 9, 2007.

It is further ordered that Mr. Van Aalsburg shall communicate with Pretrial Services before leaving and upon returning to the State of California, as directed by Pretrial Services.

All other bond conditions shall remain the same.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Richard Seeborg
United States District Court

[Proposed] Travel Order                                       -1-