FILED

NOV 15 2007

CLERK
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR 07-00603 RS |
| --- | --- | --- |
| Plaintiff, | ) | [PROPOSED] TRAVEL ORDER |
| v. | ) | |
| KENNETH VAN AALSBURG, | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Kenneth Van Aalsburg shall be allowed to leave the State of California on December 7, 2007 to travel to Sibley, Iowa, returning on December 9, 2007.

It is further ordered that Mr. Van Aalsburg shall communicate with Pretrial Services before leaving and upon returning to the State of California, as directed by Pretrial Services.

All other bond conditions shall remain the same.

IT IS SO ORDERED.

DATED: 11/15/07

Honorable ~~Richard Seeborg~~
United States District Court

[Proposed] Travel Order                -1-