SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5081
   E-Mail:  joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00603 JW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | HEARING AND EXCLUDING TIME |
| | ) | UNDER THE SPEEDY TRIAL ACT |
| KENNETH VAN AALSBURG, | ) | |
| Defendant. | ) | |

This matter is scheduled before the Court for status on November 19, 2007.  The parties now jointly request that the November 19, 2007 status hearing be continued in order to allow the defense a further opportunity to review discovery.  The United States has produced to defense counsel discovery materials related to defendant's alleged possession of child pornography. Defense counsel would like an additional opportunity to review discovery materials prior to the next calling of the case, and to discuss these materials with his client.  In addition, the government intends to make available for defense counsel's review the images of alleged child pornography.  This process of presenting these images for defense counsel's review has been complicated somewhat due to: (1) recent changes in the rules for discovery in child pornography cases; and (2) undersigned government counsel's unavailability due to his participation in the

1  recently completed trial of United States v. Dugan.  Undersigned government counsel in fact was
2  notified yesterday that the verdict in the Dugan case will be presented in Judge Whyte's
3  Courtroom this upcoming Monday at 1:00 p.m.  The reading of this verdict (and potential post-
4  verdict proceedings in the event of any guilty verdict) therefore poses an unexpected scheduling
5  conflict with the status conference in the above-captioned matter, currently scheduled for 1:30
6  p.m.
7       Due to upcoming holidays, defense counsel's unavailability, and the anticipated time he
8  needs to review/analyze the images of child pornography, the first mutually available date for
9  both parties for have a status conference in this matter is January 14, 2008.  The parties anticipate
10 that if this matter were to be continued to January 14, 2008, the parties would be prepared on that
11 date to either present a negotiated settlement to the court or, in the alternative, set the matter for
12 trial.
13      In light of the above, the parties jointly request a continuance until January 14, 2008 to
14 allow defense counsel the reasonable time necessary to confer further with his client and discuss
15 the discovery materials in this case in order to effectively prepare.  The parties agree, and the
16 Court finds and holds, as follows:
17      1.    The status hearing is continued to January 14, 2008.
18      2.    The time between November 19, 2007 and January 14, 2008 is excluded under the
19 Speedy Trial Act.  The parties agree that the failure to grant the requested continuance would
20 unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
21 into account the exercise of due diligence.  Finally, the parties agree that the ends of justice
22 served by granting the requested continuance outweigh the best interest of the public and the
23 //
24 //
25 //
26 //
27 //
28 //

1  defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §
2  3161(h)(8)(A).
3  IT IS SO STIPULATED
4  DATED:   11/16/07                        /s/
   DANIEL L. BARTON
5  Attorney for Defendant Van Aalsburg
6
7  DATED:   11/16/07                        /s/
   JOSEPH A. FAZIOLI
8  Assistant United States Attorney
9  IT IS SO ORDERED.
10 DATED:  November 16, 2007    _____
   JAMES WARE
11 UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28