UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

Judge: James Ware  
Date: 1/14/2008  
Case No: CR-07-0603 JW

Courtroom Deputy: Elizabeth Garcia  
Court Reporter: Summer Clanton  
U.S. Probation Officer: N/A  
Interpreter: N/A

## TITLE

U.S.A. v. Kenneth Van Aalsburg (NC)

Attorney(s) for Plaintiff(s): Joe Fazioli  
Attorney(s) for Defendant(s): Daniel Barton for Tom Nolan

## PROCEEDINGS

Status/Trial Setting Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant present and not in custody for proceedings. The Court continued this matter to February 25, 2008 at 1:30 PM for Further Trial Setting. Time is excluded from January 14, 2008 through February 25, 2008 to accommodate time for review of discovery.

*Elizabeth C. Garcia*  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: