UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 2/25/2008 | **Court Reporter:** Gina Colin |
| **Case No.:** CR-07-0603 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

### TITLE

U.S.A. v. Kenneth Van Aalsburg (NC)

**Attorney(s) for Plaintiff(s):** Joe Fazioli
**Attorney(s) for Defendant(s):** Tom Nolan

### PROCEEDINGS

Status/Trial Setting

### ORDER AFTER HEARING

**Hearing Held. Defendant present and not custody for proceedings. The Court continued this matter to April 14, 2008 at 1:30 PM for Trial Setting. Time is excluded from February 25, 2008 through April 14, 2008 for the parties efforts to review discovery from ICE and for continued efforts to resolve this matter short of trial.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: