UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 4/28/2008
**Case No.:** CR-07-00603 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Kenneth Van Aalsburg (NC)

**Attorney(s) for Plaintiff(s):** Joe Fazioli
**Attorney(s) for Defendant(s):** Tom Nolan

## PROCEEDINGS

Disposition Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant present and not in custody for proceedings. The defendant plead open in Court as to Count 1 of the Information and to the Forfeiture Allegations of the Information. The Government brought an oral Motion to Remand the Defendant to Federal Custody after entering a guilty plea. For the reasons stated on the record the Court DENIED the Government's Motion to Remand. The Defendant is ordered to comply under the currently set pretrial release conditions. The Court referred this matter to the Probation Office for preparation of Presentence Investigation Report. The Court set a date for Judgment and Sentencing on September 8, 2008 at 1:30 PM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: USPO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 4/28/2008
**Case No.:** CR-07-00603 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Kenneth Van Aalsburg (NC)

**Attorney(s) for Plaintiff(s):** Joe Fazioli
**Attorney(s) for Defendant(s):** Tom Nolan

## PROCEEDINGS

Disposition Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant present and not in custody for proceedings. The defendant plead open in Court as to Count 1 of the Information and to the Forfeiture Allegations of the Information. The Government brought an oral Motion to Remand the Defendant to Federal Custody after entering a guilty plea. For the reasons stated on the record the Court DENIED the Government's Motion to Remand. The Defendant is ordered to comply under the currently set pretrial release conditions. The Court referred this matter to the Probation Office for preparation of Presentence Investigation Report. The Court set a date for Judgment and Sentencing on September 8, 2008 at 1:30 PM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: USPO