Thomas J. Nolan, Esq., (SBN: 48413)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Kenneth Van Aalsburg

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH VAN AALSBURG,<br><br>    Defendant. | Case No. CR 07 00603 JW<br><br>**MOTION TO RESET SENTENCING DATE FROM SEPTEMBER 8, 2008 AT 1:30 P.M. TO OCTOBER 13, 2008 OR A DATE THEREAFTER** |

TO: THE HONORABLE JAMES WARE, UNITED STATES DISTRICT COURT JUDGE, JOSEPH RUSSINELLO, UNITED STATES ATTORNEY, AND HIS ASSISTANT, JOSEPH FAZIOLI:

Please take notice that defendant Kenneth Van Aalsburg, by and through his attorney, Thomas J. Nolan, hereby moves this Court for a continuance of the sentencing date from September 8, 2008, at 1:30 p.m., to October 13, 2008, at 1:30 p.m. or any date thereafter convenient to the Court.

1       This motion is made on the grounds that defendant's attorney, Thomas J. Nolan, is presently engaged in a jury trial in Monterey County, California, and that he will be engaged in that trial on September 8, 2008, and therefore unavailable to appear at sentencing in this matter.

      This motion is based upon the attached Declaration of Thomas J. Nolan.

Respectfully submitted,

NOLAN, ARMSTRONG, & BARTON, LLP

Dated: August 25th, 2008

_____
for Thomas J. Nolan Esq.
Attorney for Defendant

MOTION TO RESET SENTENCING DATE