Thomas J. Nolan, Esq., (SBN: 48413)

## Nolan, Armstrong & Barton, LLP

600 University Ave. \ Palo Alto, Ca. 94301
Tel.  (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Kenneth Van Aalsburg

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KENNETH VAN AALSBURG,<br><br>                    Defendant. | Case No. CR 07 00603 JW<br><br>**[PROPOSED] ORDER TO CONTINUE SENTENCING DATE FROM SEPTEMBER 8, 2008 TO OCTOBER 13, 2008 AT 1:30 P.M. BEFORE THE HONORABLE JAMES WARE** |

        Good cause appearing upon application of Thomas J. Nolan on behalf of Mr. Van Aalsburg due to Mr. Nolan's unavailability as a result of being in a jury trial, this matter is continued to October 13, 2008, at 1:30 p.m., or a date thereafter, for further proceedings regarding the sentencing of Mr. Van Aalsburg.

SO ORDERED:

Dated: _____                    _____
                                             The Hon. James Ware
                                             United States District Judge

**[PROPOSED] ORDER**