UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:   September 8, 2008**  **Court Reporter: Irene Rodriguez**
**Case No.: CR- 07-00603 JW**  **U.S. Probation Officer: Aylim Raya**
**Related Case No.: N/A**  **Interpreter: N/A**

## TITLE

U.S.A. v.  Kenneth Van Aalsburg  (NC)

**Attorney(s) for Plaintiff(s): Joe Fazioli**
**Attorney(s) for Defendant(s): Daniel Barton for Tom Nolan**

## PROCEEDINGS

Judgment and Sentencing as to Count One and Forfeiture Allegations

## ORDER AFTER HEARING

**Hearing Held.  Defendant Van Aalsburg  present and not in custody for proceedings.   The Court continued this matter to September 22, 2008 at 1:30 PM for Sentencing.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: