1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5061
7    Facsimile: (408) 535-5081
     E-Mail:  joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                 SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,        )    No. CR 07-00603 JW
                                      )
14 |       Plaintiff,                 )
                                      )    STIPULATION AND [PROPOSED]
15 |    v.                            )    ORDER CONTINUING EVIDENTIARY
                                      )    HEARING REGARDING SENTENCING
16 |                                  )
   | KENNETH VAN AALSBURG,            )
17 |                                  )
   |       Defendant.                 )
18 |_____)

19      This matter is scheduled before the Court for an evidentiary hearing regarding the

20 defendant's sentencing on November 4, 2008.  It is the parties' understanding that the Court

21 would be available to conduct an evidentiary hearing on this matter on December 3, 2008 at 1

22 p.m.  The Government anticipates that the original ICE case agent in this matter (who has been

23 transferred to Chicago) will need to fly from Chicago to this area for the evidentiary hearing.

24 The Government now requests that the November 4, 2008 status hearing be continued to

25 December 3, 2008.  Defense counsel does not oppose the rescheduling of the evidentiary hearing

26 to December 3, 2008.  The parties therefore agree, and the Court finds and holds, as follows:

27 //

28 //

1. The evidentiary hearing is continued to December 3, 2008 at 1:00 p.m.

IT IS SO STIPULATED

DATED: ___Oct 28 2008____          _____/s/_____
                                   THOMAS NOLAN
                                   Attorney for Defendant Van Aalsburg


DATED: ____10/29/08_____           _____/s/_____
                                   JOSEPH A. FAZIOLI
                                   Assistant United States Attorney

IT IS SO ORDERED.

DATED: __Nov. 4, 2008___           _____
                                   JAMES WARE
                                   UNITED STATES DISTRICT JUDGE