| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | JOSEPH A. FAZIOLI (ILSBN 6273413)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061<br>Facsimile: (408) 535-5081 |
| 8 | E-Mail: joseph.fazioli@usdoj.gov |

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00603 JW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING EVIDENTIARY |
| | ) | HEARING REGARDING SENTENCING |
| KENNETH VAN AALSBURG, | ) | |
| Defendant. | ) | |

This matter is currently scheduled before the Court for an evidentiary hearing regarding the defendant's sentencing on December 3, 2008. After the December 3rd date was agreed to by the a parties and set by the Court, the Probation Officer assigned to this matter, Aylin Raya, informed the parties that a scheduling conflict had arisen which would result in her being out of the office on December 3rd. Ms. Raya also indicated that she would be not available to attend an evidentiary hearing in December 2008 until the 15th of that month at the earliest. The parties believe that Ms. Raya's presence at the defendant's evidentiary hearing/sentencing is important in light of the specific facts of this case, and therefore request that the December 3rd evidentiary hearing be rescheduled in order to accommodate Ms. Raya's unexpected scheduling conflict. It is the parties' understanding that the Court would be available to conduct an evidentiary hearing

1 | on this matter on December 16, 2008 at 10:00 a.m.
2 |     The parties therefore agree, and the Court finds and holds, as follows:
3 |     1.    The evidentiary hearing is continued to December 16, 2008 at 10:00 a.m.

5 | IT IS SO STIPULATED
6 | DATED:   11/25/08          /s/
   | THOMAS NOLAN
7 | Attorney for Defendant Van Aalsburg

9 | DATED:   11/26/08          /s/
   | JOSEPH A. FAZIOLI
10 | Assistant United States Attorney

11 | IT IS SO ORDERED.
12 | DATED:   Dec. 1, 2008
   | JAMES WARE
13 | UNITED STATES DISTRICT JUDGE

-2-